___ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 3 1 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| THE ELEANORA J. DIETLEIN TRUST, et al., | ) ) ) |
| Plaintiff(s), | ) ) CASE NO. 3:11-CV-0719-LRH-VPC ) |
| vs. | ) **ORDER** ) |
| AMERICAN HOME MORTGAGE INVESTMENT CORP., et al., | ) ) ) |
| Defendant(s), | ) ) ) |

Pursuant to this Court's order to show cause (#65), Karlon Kidder, Eric Dietlein, Derek Neumann, and Gina Neumann shall all appear before the District Court of the United States for the District of Nevada presided over by the Honorable Valerie P. Cooke, U.S. Magistrate Judge, the undersigned, in the Bruce R. Thompson United States Courthouse and Federal Building, 400 South Virginia Street, Fourth Floor, Reno, Nevada, on the **22nd** day of **May, 2014**, at **9:00 a.m.**, Courtroom No. 1.

IT IS ORDERED that a copy of this order and order (#65) be personally served by the United States Marshal's Office within thirty (30) days of this order on:

**Karlon Kidder, 1311 N. McCarran Blvd., #102, Sparks, Nevada  89431**;

**Eric Dietlein, 1311 N. McCarran Blvd., #102, Sparks, Nevada  89431**; and

**Derek and Gina Neumann, 5600 Grass Valley Road, Reno, Nevada  89510**.

DATE:  March 31, 2014

_____
VALERIE P. COOKE,
UNITED STATES MAGISTRATE JUDGE