UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| THE ELEANORA J. DIETLEIN TRUST, et al., | ) ) ) | 3:11-CV-0719-LRH-VPC |
| Plaintiff, | ) ) | **MINUTES OF THE COURT** |
| v. | ) ) | |
| AMERICAN HOME MORTGAGE, INVESTMENT CORP., et al., | ) ) ) | May 19, 2014 |
| Defendant. | ) ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Karlon Kidder, Esq.'s motion to expedite pursuant to L.R. 6-1 (#82) is **GRANTED**. Oppositions to the motion in limine (#81) shall be filed no later than Tuesday, May 20, 2014 at 5:00 p.m. A reply shall be filed no later than Noon on Wednesday, May 21, 2014. Thereafter, the court will issue an expedited ruling.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:         /s/
            Deputy Clerk