AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

THE ELEANORA J. DIETLEIN
TRUST, DEREK NEUMANN AND
GINA NEUMANN,

      Plaintiffs,

V.

AMERICAN HOME MORTGAGE
INVESTMENT CORP., et al.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:11-CV-00719-LRH-VPC**

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to this court's Order dated January 9, 2015 (#126) an award of attorney's fees and costs are awarded as follows:

  A. To Gregory Wilson & Associates, PC:
     1. Gregory F. Wilson, Esq.    $32,597.50
     2. Jeffrey Einsohn, Esq.     $29,407.50
                               Total:  $62,005.00

  B. To Robert Herman, Esq.       $ 6,000.00

  C. Costs are awarded to Gregory Wilson & Associates, PC in the amount of $3,648.05.

  March 17, 2015                                           **LANCE S. WILSON**
                                                                      Clerk

                                                               /s/ D. R. Morgan
                                                                    Deputy Clerk